IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CLARENCE E. MASON
ADC #154088                                                                 PLAINTIFF

v.                              No. 3:20-cv-81-DPM-JJV

SUSAN COX, Nurse, Poinsett County
Detention Center; and POINSETT
COUNTY DETENTION CENTER                                      DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, *Doc. 9*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Mason may proceed with his claim that the Detention Center has a policy of improperly monitoring his diabetes. The Magistrate Judge has ordered service on Defendant Cox on that claim. *Doc. 8 & Doc. 10*. All other claims and Defendants are dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 May 2020