IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CLARENCE E. MASON
ADC #154088                                                                    PLAINTIFF

v.                          No. 3:20-cv-81-DPM-JJV

SUSAN DUFFEL                                                                   DEFENDANT

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation. *Doc. 23.* Duffel's motion to dismiss, *Doc. 18*, is denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 October 2020