IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CLARENCE E. MASON
ADC #154088                                                    PLAINTIFF

v.                          No. 3:20-cv-81-DPM

SUSAN DUFFEL, Nurse,
Poinsett County Detention Center                               DEFENDANT

### ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 28*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 25*, granted. Mason's remaining claim will be dismissed with prejudice.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 February 2021