IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CLARENCE E. MASON
ADC #154088                                                                                  PLAINTIFF

v.                             No. 3:20-cv-81-DPM

SUSAN DUFFEL, Nurse, Poinsett County
Detention Center; and POINSETT
COUNTY DETENTION CENTER                                                          DEFENDANTS

## JUDGMENT

Mason's claim that the Detention Center has a policy of improperly monitoring his diabetes is dismissed with prejudice. All other claims and Defendants are dismissed without prejudice.

*W.P.Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 February 2021